DEC 22 2025 PM2:38
FILED-USDC-CT-NEW HAVEN

**Rubydavette Moreblessings**
1000 Quinnipiac Avenue Apt B
New Haven, CT 06513

19th December 2025

**UNITED STATES DISTRICT COURT OF CONNECTICUT**

141 Church Street
New Haven, Connecticut
06510

Case # CV-01285
Rubydavette Moreblessings vs 360 Management 360 Orange Avenue New Haven, Connecticut 06511, New Haven Housing Authority 360 Orange Street #1 New Haven, Connecticut 06511 et al

RE: Request for Voluntary Dismissal

Honorable Ma 'am/Sir ,

After careful consideration, I have determined that I am not currently capable, either physically or mentally, of fulfilling the procedural and paperwork requirements necessary to move forward in this case.

Additionally ,I am proceeding without legal representation although I am currently represented by New Haven Legal Aid for housing concerns over 1 year, with 2 different attorneys there has been no resolution as of today.

Attorney Amy Epstein-Eppler informed me the week of December 11, 2025, they will no longer be representing me. I don't understand why I did not get accommodations and received unfair treatment, violating my rights,all I know is I did not deserve it. I am a domestic violence survivor who is depressed and has anxiety trying to live the closest to normal life as possible in a healthy living environment. I was told by Attorney Eppler New Haven Legal Aid is closing my case.

Therefore I have no representation or support. And despite my best efforts, I am unable to adequately comply with the court's filing and procedural obligations. Thank you, so much for the consideration extended throughout this process. Thank you for your time, understanding, and service.

I respectfully ask that this case be dismissed without prejudice, if the court deems appropriate.

Rubydavette Moreblessings




Proof of document wasn't able to Submit electronically on deadline Friday December 19. 2025

Thankyou